FILED

05/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0307

MIKEL LETHERMAN,

Petitioner,

v.

ORDER

JACKIE KEERY,
GALLATIN COUNTY DETENTION CENTER,

Respondent.

Self-represented Petitioner Mikel Letherman has filed a Petition for Writ of Habeas Corpus, indicating illegal incarceration due to a lack of credit for time served upon resentencing and alleged invalidity of his bail-jumping conviction. Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record; to Jackie Keery, Jail Commander, Gallatin County Detention Center; and to Mikel S. Letherman personally.

DATED this 24th day of May, 2024.

_____
Justice